ROBERTA STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
MAY CHE, SBN 4255378 (NY)
MARIKO ASHLEY, SBN 311897 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA  94102
Telephone No. (415) 522-3157
Fax No. (415) 522-3425
may.che@eeoc.gov
mariko.ashley@eeoc.gov

*Attorneys for Applicant EEOC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Applicant,<br><br>vs.<br><br>SECURITY INDUSTRY SPECIALISTS, INC.,<br><br>Respondent. | Case No.: 3:23-mc-80112<br><br>**APPLICATION FOR ORDER ENFORCING ADMINISTRATIVE SUBPOENA**<br><br>General Duty Judge:<br>District Judge Jacqueline Scott Corley<br><br>Hearing Date: June 1, 2023 |

TO:    SECURITY INDUSTRY SPECIALISTS, INC. and its attorneys of record:

PLEASE TAKE NOTICE that on June 1, 2023 at 10:00 a.m. or as soon thereafter as counsel can be heard in the United States District Court for the Northern District of California, Applicant U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ("EEOC" or "Commission") will and hereby does move and apply for an Order enforcing administrative Subpoena SF-22-09 served on February 3, 2022 by the Commission on Respondent SECURITY INDUSTRY SPECIALISTS, INC. ("SIS" or "Respondent").

1. This Application for an Order Enforcing Administrative Subpoena is made pursuant to the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621-34 ("ADEA").

2. Jurisdiction is conferred upon this Court by Section 7 of the ADEA, 29 U.S.C § 626, which incorporates Sections 9 and 11 of the Fair Labor Standards Act (FLSA), 29 U.S.C. § 209, 211, which in turn incorporates Sections 9 and 10 of the Federal Trade Commission Act (FTCA), 15 U.S.C. §§ 49, 50.

3. The ADEA requires the EEOC to investigate charges of unlawful employment practices, including age discrimination.  29 U.S.C § 626.

4. "[T]he Commission, or its duly authorized agent or agents, shall at all reasonable times have access to, for the purpose of examination, and the right to copy any documentary evidence of any person, partnership, or corporation being investigated or proceeded against; and the Commission shall have the power to require by subpoena…the production of all such documentary evidence relating to any matter under investigation." 15 U.S.C. § 49

5. Respondent SIS is an employer doing business in the State of California and in the Northern District of California and has continuously had at least 15 employees.

6. On February 3, 2022, pursuant to its authority under Section 7(a) of the ADEA, the EEOC issued Subpoena SF-22-09, which was duly served on Respondent.  29 U.S.C § 626(a).

7. Subpoena SF-22-09 required Respondent to produce information to investigate two charges of age discrimination: (1) Charge No. 550-2020-01138 filed by Mark Gonzales and (2) Charge No. 556-2021-00096 filed by Cynthia Tiberend.

8. The Requests made in Subpoena SF-22-09 are relevant, specific, and not unduly burdensome.  The Requests are within the scope of the Commission's investigatory authority as provided by the ADEA.

9. Respondent refusal to comply with Subpoena SF-22-09, has delayed and hampered the EEOC's investigation of the Gonzales and Tiberend Charges, and is preventing the EEOC from carrying out its duties and obligations under the ADEA.

10. Unlike Title VII, the ADEA does not provide any procedure for Respondent to administratively object to a subpoena. 29 C.F.R. § 1626.16 (c) ("A subpoena issued by the Commission or its designee pursuant to the Act is not subject to review or appeal.")

11. "Any of the district courts of the United States within the jurisdiction of which such inquiry is carried on may, in the case of contumacy or refusal to obey a subpoena issued to any person, partnership, or corporation issue an order requiring such person, partnership, or corporation to…produce documentary evidence if so ordered, or to give evidence touching the matter in question; and any failure to obey such order of the court may be punished by such court as a contempt thereof." 15 U.S.C. § 49.

12. This Motion and Application is based on the following documents filed herewith:

    A. The Commission's Application for an Order Enforcing Administrative Subpoena;

    B. The Commission's Memorandum of Points and Authorities in support of its Application for an Order Enforcing Administrative Subpoena;

    C. The Declaration of Nancy Sienko, District Director of the San Francisco District Office of the EEOC, including the attached Exhibits;

    D. The Declaration of May Che, Senior Trial Attorney, including the attached Exhibits; and

    E. The Proposed Order Enforcing Subpoena SF-22-09.

///
///
///
///
///
///
///
///
///

Respectfully submitted,

By: /s/ Mariko Ashley              Dated: April 10, 2023

| | |
|---|---|
| ROBERTA L. STEELE<br>Regional Attorney | GWENDOLYN YOUNG REAMS<br>Acting General Counsel |
| MARCIA L. MITCHELL<br>Supervisory Trial Attorney | CHRISTOPHER LAGE<br>Deputy General Counsel |
| MAY CHE<br>Senior Trial Attorney | Office of the General Counsel<br>131 "M" Street NE<br>Washington, D.C. 20507 |
| MARIKO ASHLEY<br>Trial Attorney | |

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA 94102

*Attorneys for Applicant EEOC*