UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, SAN FRANCISCO DISTRICT OFFICE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SECURITY INDUSTRY SPECIALISTS, INC.,<br><br>　　　　Defendant. | Case No. 23-mc-80112-HSG<br><br>**ORDER GRANTING APPLICATION TO ENFORCE ADMINISTRATIVE SUBPOENA**<br><br>Re: Dkt. No. 1 |

On July 6, 2023, Applicant U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ("EEOC" or "Commission") applied for an order from the Court requiring Respondent SECURITY INDUSTRY SPECIALISTS, INC. ("SIS or "Respondent") to comply with the Commission's administrative Subpoena SF-22-09, issued in the course of its investigation pursuant to the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621-34 ("ADEA").

The Court finds that the Commission has shown that the evidence requested is relevant to the charges under investigation under the broad standard that applies in this circuit. *See E.E.O.C. v. McLane Co., Inc.*, 857 F.3d 813, 815-16 (9th Cir. 2017). Moreover, Respondent fails to present any evidence that compliance with the subpoena would impose any undue burden. The Commission has agreed to forego production of the information detailed in Request J at this time. Dkt. No. 18 at 3.

//

//

1  Having considered the moving papers and evidence submitted by the parties and for good
2  cause shown, IT IS HEREBY ORDERED THAT:
3  Within 14 calendar days of the date of this Order, Respondent shall produce, and certify in
4  writing to the Commission that it has produced, all documents in Respondent's possession, custody,
5  and control which are responsive to Subpoena SF-22-09, with the exception of the documents
6  detailed in Request J, which need not be produced.  If Respondent asserts that it reasonably requires
7  more than 14 days to comply, the parties must meet and confer and make a bona fide good faith
8  effort to agree on an expeditious and realistic schedule without the need for further litigation.
9  This order **TERMINATES** Dkt. No. 1.
10  **IT IS SO ORDERED.**
11  Dated:   6/28/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge