| | |
|---|---|
| ROBERTA STEELE, SBN 188198 (CA)<br>MARCIA L. MITCHELL, SBN 18122 (WA)<br>MARIKO M. ASHLEY, SBN 311897 (CA)<br>U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>San Francisco District Office<br>450 Golden Gate Ave., 5th Floor West<br>P.O. Box 36025<br>San Francisco, CA  94102<br>Telephone No. (650) 684-0943<br>Fax No. (415) 522-3425<br>mariko.ashley@eeoc.gov<br><br>MAY CHE, SBN 4255378 (NY)<br>U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>Seattle Field Office<br>909 First Avenue, Suite 400<br>Seattle, WA  98104<br>TEL: (206) 576-3011<br>may.che@eeoc.gov<br><br>*Attorneys for Applicant EEOC* | MICHELLE FINKEL FERBER, #149929<br>mferber@ferberlaw.com<br>CONNOR M. DAY, #233245<br>cday@ferberlaw.com<br>FERBER LAW, A Professional Corporation<br>2603 Camino Ramon, Suite 385<br>San Ramon, California 94583<br>Tel: (925) 355-9800<br>Fax: (925) 263-1676<br><br>*Attorneys for Respondent*<br>*Security Industry Specialists, Inc.*<br><br>CDF LABOR LAW LLP<br>Alison L. Tsao, State Bar No. 198250<br>atsao@cdflaborlaw.com<br>Candace DesBaillets, State Bar No. 315284<br>cdesbaillets@cdflaborlaw.com<br>600 Montgomery Street, Suite 440<br>San Francisco, CA 94111<br>Telephone: (415) 981-3233<br><br>*Attorneys for Proposed Intervenor*<br>*Apple, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Applicant,<br><br>vs.<br><br>SECURITY INDUSTRY SPECIALISTS, INC.,<br><br>Respondent. | Case No.:  4:23-mc-80112-HSG<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR APPLE, INC.'S MOTION TO INTERVENE AND APPLICATION FOR PROTECTIVE ORDER**<br><br>Hearing Date:  October 5, 2023 |

## **STIPULATION**

WHEREAS, Applicant U.S. Equal Employment Opportunity Commission ("EEOC") filed an Application for Order Enforcing Administrative Subpoena SF-22-09 against Security Industry Specialists, Inc. ("SIS") on April 10, 2023 (ECF No. 1);

WHEREAS, on June 28, 2023, the Court granted the EEOC's Application to Enforce Administrative Subpoena and ordered SIS to produce documents within 14 days (by July 12, 2023) and certify that it produced all documents in Respondent's possession, custody, and control responsive to Subpoena SF-22-09, except for documents detailed in Request J. (ECF No. 19);

WHEREAS, the Court's Order further stated that if Respondent reasonably required more than 14 days to comply, "the parties must meet and confer and make a bona fide good faith effort to agree on an expeditious and realistic schedule without the need for further litigation."  (ECF No. 19);

WHEREAS, the Counsel for EEOC and SIS met and conferred on July 11, 2023 and agreed to extend the date for SIS to produce documents to July 26, 2023, and further agreed to meet and confer on July 31, 2023 on any outstanding documents to be produced;

WHEREAS, Proposed Intervenor Apple, Inc. ("Apple") filed its Motion to Intervene and Application for Protective Order ("Motion") on July 12, 2023 (ECF No. 20) which seeks a protective order for certain information to be produced by SIS which it asserts is Apple's sensitive, proprietary and/or confidential information;

WHEREAS, the deadline for the EEOC to respond to Apple's Motion is set for July 26, 2023 and the deadline for any reply is set for August 2, 2023.  (ECF No. 20-A);

WHEREAS, the hearing for Apple's Motion is set for October 5, 2023.  (ECF No. 20);

WHEREAS, the EEOC, SIS and Apple have agreed to meet and confer to try resolve the issues raised in Apple's Motion, but need additional time to complete such discussions;

///

///

///

///

///

THEREFORE, it is hereby stipulated and agreed that, subject to Court approval, the following briefing schedule for Apple's Motion to Intervene and Application for Protective Order shall apply:

| | |
|---|---|
| August 11, 2023 | Deadline to Complete Meet & Confer |
| August 25, 2023 | Oppositions to Apple's Motion Due |
| September 8, 2023 | Replies to Apple's Motion Due |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Date: July 25, 2023                  /s Mariko M. Ashley
                                     Mariko M. Ashley
                                     *Attorney for Applicant*
                                     *U.S. Equal Employment Opportunity*
                                     *Commission*

Date: July 25, 2023                  /s Connor M. Day
                                     Connor M. Day
                                     *Attorney for Respondent*
                                     *Security Industry Specialists, Inc.*

Date: July 25, 2023                  /s Alison L. Tsao
                                     Alison L. Tsao
                                     *Attorney for Proposed Intervenor*
                                     *Apple, Inc.*

**ORDER**

Based on the foregoing stipulation of the Applicant U.S. Equal Employment Opportunity Commission, Respondent Security Industry Specialists, Inc. and Proposed-Intervenor Apple, Inc., and for good cause appearing, IT IS HEREBY ORDERED THAT the briefing schedule for Apple's Motion to Intervene and Application for Protective Order shall be amended as follows:

| | |
|---|---|
| August 11, 2023 | Deadline to Complete Meet & Confer |
| August 25, 2023 | Oppositions to Apple's Motion Due |
| September 8, 2023 | Replies to Apple's Motion Due |

IT IS SO ORDERED.

Dated: 7/25/2023

HON. HAYWOOD S. GILLIAM, JR.
U.S. District Court Judge