ROBERTA STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
MARIKO M. ASHLEY, SBN 311897 (CA)
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA  94102
Telephone No. (650) 684-0943
Fax No. (415) 522-3425
mariko.ashley@eeoc.gov

MAY CHE, SBN 4255378 (NY)
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA  98104
TEL: (206) 576-3011
may.che@eeoc.gov

*Attorneys for Applicant EEOC*

MICHELLE FINKEL FERBER, #149929
mferber@ferberlaw.com
CONNOR M. DAY, #233245
cday@ferberlaw.com
FERBER LAW, A Professional Corporation
2603 Camino Ramon, Suite 385
San Ramon, California 94583
Tel: (925) 355-9800
Fax: (925) 263-1676

*Attorneys for Respondent
Security Industry Specialists, Inc.*

CDF LABOR LAW LLP
Alison L. Tsao, State Bar No. 198250
atsao@cdflaborlaw.com
Candace DesBaillets, State Bar No. 315284
cdesbaillets@cdflaborlaw.com
600 Montgomery Street, Suite 440
San Francisco, CA 94111
Telephone: (415) 981-3233

*Attorneys for Proposed Intervenor
Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Applicant,<br><br>vs.<br><br>SECURITY INDUSTRY SPECIALISTS, INC.,<br><br>Respondent. | Case No.:  4:23-mc-80112-HSG<br><br>**SECOND STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR APPLE INC.'S MOTION TO INTERVENE AND APPLICATION FOR PROTECTIVE ORDER AND REQUEST FOR HEARING CONTINUANCE**<br><br>Current Hearing Date:  October 5, 2023<br>Proposed Hearing Date:  October 12, 2023 |

## **STIPULATION**

WHEREAS, Applicant U.S. Equal Employment Opportunity Commission ("EEOC") filed an Application for Order Enforcing Administrative Subpoena SF-22-09 against Security Industry Specialists, Inc. ("SIS") on April 10, 2023 (ECF No. 1);

WHEREAS, on June 28, 2023, the Court granted the EEOC's Application to Enforce Administrative Subpoena and ordered SIS to produce documents within 14 days (by July 12, 2023) and certify that it produced all documents in Respondent's possession, custody, and control responsive to Subpoena SF-22-09, except for documents detailed in Request J. (ECF No. 19);

WHEREAS, Proposed Intervenor Apple Inc. ("Apple") filed its Motion to Intervene and Application for Protective Order ("Motion") on July 12, 2023 (ECF No. 20) which seeks a protective order for certain information to be produced by SIS which it asserts is Apple's sensitive, proprietary and/or confidential information;

WHEREAS, the Parties previously stipulated to modify the briefing schedule on July 25, 2023 to allow the Parties to meet and confer to resolve the issues raised in Apple's Motion (ECF No. 21, 22);

WHEREAS, the deadline for the EEOC to respond to Apple's Motion is currently set for August 25, 2023 and the deadline for any reply is set for September 8, 2023.  (ECF No. 21, 22);

WHEREAS, the hearing for Apple's Motion is currently set for October 5, 2023.  (ECF No. 20);

WHEREAS, the EEOC, SIS and Apple have met and conferred to try to resolve the issues raised in Apple's Motion, and are continuing to meet and confer, but need additional time to complete such discussions;

///
///
///
///
///
///

THEREFORE, it is hereby stipulated and agreed that, subject to Court approval, the following briefing schedule for Apple's Motion to Intervene and Application for Protective Order shall apply:

| | |
|---|---|
| August 25, 2023 | Continued Deadline to Complete Meet & Confer |
| September 18, 2023 | Oppositions to Apple's Motion Due |
| October 2, 2023 | Replies to Apple's Motion Due |

Parties also request that the hearing for Apple's Motion to Intervene and Application for Protective Order be continued to October 12, 2023.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Date: August 18, 2023

/s/ Mariko M. Ashley
Mariko M. Ashley
*Attorney for Applicant*
*U.S. Equal Employment Opportunity Commission*

Date: August 18, 2023

/s/ Connor M. Day
Connor M. Day
*Attorney for Respondent*
*Security Industry Specialists, Inc.*

Date: August 18, 2023

/s/ Candace DesBaillets
Candace DesBaillets
*Attorney for Proposed Intervenor*
*Apple Inc.*

## ORDER

Based on the foregoing stipulation of the Applicant U.S. Equal Employment Opportunity Commission, Respondent Security Industry Specialists, Inc. and Proposed-Intervenor Apple Inc., and for good cause appearing, IT IS HEREBY ORDERED THAT the briefing schedule for Apple's Motion to Intervene and Application for Protective Order shall be further amended as follows:

| | |
|---|---|
| August 25, 2023 | Continued Deadline to Complete Meet & Confer |
| September 18, 2023 | Oppositions to Apple's Motion Due |
| October 2, 2023 | Replies to Apple's Motion Due |

The hearing for Apple's Motion to Intervene and Application for Protective Order shall also be continued to October 12, 2023.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/21/2023

_____
HON. HAYWOOD S. GILLIAM, JR.
U.S. District Court Judge